UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLIANCE FOR MULTILINGUAL
MULTICULTURAL EDUCATION,
et al.,

    Plaintiffs,

    v.

JOSE GARCIA, et al.,

    Defendants.
_____/

No. C 11-0215 PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on defendants' motion to dismiss, previously set for March 23, 2011, has been CONTINUED to Wednesday, April 27, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 18, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge