JOHN C. KIRKE, #175055
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
P.O. Box 12979
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Defendants
JORGE GARCIA, PAUL MARTINEZ,
DAVID BRISENO and ELENA
IZQUIERDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE FOR MULTILINGUAL MULTICULTURAL EDUCATION, a New Mexico nonprofit corporation; ALLIANCE FOR MULTILINGUAL MULTICULTURAL EDUCATION, a Florida nonprofit corporation, and BARBARA FLORES,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE GARCIA, an individual; PAUL MARTINEZ, an individual; DAVID BRISENO, an individual; ELENA IZQUIERDO, an individual; MANUEL ORNELAS, an individual; SANDRA LILIANA PUCCI, an individual; KATHY ESCAMILLA, an individual; ZAIDA CINTRON, an individual; ROBIN FARUP-ROMERO, an individual; NEW MEXICO HIGHLANDS UNIVERSITY; and DOES 7 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 11-00215 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE**<br><br>Date: April 27, 2011<br>Proposed Date: June 29, 2011<br>Time: 9:00 a.m.<br>Dept: 3<br>Judge: Hon. Phyllis J. Hamilton |

1 | WHEREAS, Defendants' Motion to Dismiss in this matter was set for hearing on March 23, 2011 and continued by the Court to April 27, 2011;

WHEREAS, Plaintiffs' counsel will be unavailable during the last week in April 2011;

WHEREAS, Defendants and Plaintiffs met and conferred regarding the scheduling conflict;

WHEREAS, the schedules of the Court and counsel apparently show that June 29, 2011, is available;

The parties, subject to the approval of the Court, hereby stipulate that the hearing on Defendants' Motion to Dismiss is continued until June 29, 2011, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: April 21, 2011

DONAHUE GALLAGHER WOODS LLP

By: _____
John C. Kirke
Attorneys for Defendants
JORGE GARCIA, PAUL MARTINEZ, DAVID BRISENO and ELENA IZQUIERDO

Dated: April 21, 2011

THE MORALES LAW FIRM

By: /s/ _____
David P. Morales,
Attorneys for Plaintiffs
ALLIANCE FOR MULTILINGUAL MULTICULTURAL EDUCATION, a New Mexico nonprofit corporation; ALLIANCE FOR MULTILINGUAL MULTICULTURAL EDUCATION, a Florida nonprofit corporation, and BARBARA FLORES

IT IS SO ORDERED:

Dated: 6/8/11

_____
Hon. Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

-1-